Judge Samuel J. Steiner
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

In re:

ALLEN, DUGALD AND ALLEN, HILARY

Debtor(s).

No. 09-22923-SJS

**REPORT ON SALE**

COMES NOW the Trustee, Edmund Wood, and submits this Report on Sale.

The details can be found on the attachment hereto and are summarized as follows:

| | |
|---|---:|
| **Gross Sales Price:** | **$508,674.41** |
| **Less:** | |
| Chase - Payoff | $444,960.57 |
| Homestreet Bank - Payoff | $3,000.00 |
| King County Treasurer – County Taxes | $311.97 |
| Re/Max Metro Realty - Commissions | $10,140.00 |
| Skyline Properties, Inc. - Commissions | $15,210.00 |
| Ticor Title Company – Lender's Title Insurance | $107.92 |
| Wanda Nuxoll – Closing Fee | $1,109.50 |
| Ticor Title Company – Owner's Title Company | $1,136.00 |
| King County Treasurer - Deed | $65.00 |
| King County Treasurer – Local Excise Tax | $2,535.00 |
| King County Treasurer – State Excise Tax | $6,494.60 |
| City of Bellevue - Utilities | $853.85 |
| **Sales Proceeds to Trustee** | **$22,750.00** |
| **Less:** | |
| Chase – Additional Per Diem Payment | $1,374.41 |
| **Net Proceeds to Trustee** | **$21,375.59** |

DATED August 23, 2010

                                             /s/   Edmund Wood
                                        Edmund Wood, WSB # 03695

REPORT ON SALE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382



# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

## B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: 10427 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Ching-Chih Ma<br>Chih-Yi Chang<br>10212 5th Ave NE #140<br>Seattle, WA 98125 | Edmund J. Wood, Bankr.Trustee<br>for Dugald & Hilary Allen<br>303 N 67th Street<br>Seattle, WA 98103 | **FINAL** |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 10028 NE 23rd St<br>Bellevue, WA 98004<br>King County, Washington | Law Office of Wanda Reif Nuxoll, PS<br>22525 SE 64th Place, Suite 245<br>Issaquah, WA 98027   Ph. (206)749-2850<br>Place of Settlement:<br>22525 SE 64th Place, Suite 245<br>Issaquah, WA 98027 | July 29, 2010 |

| J. Summary of Borrower's transaction | | K. Summary of Seller's transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower: | | 400. Gross Amount Due to Seller: | |
| 101. Contract sales price | | 401. Contract sales price | 507,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement Charges to Borrower (Line 1400) | | 403. Escrow Credit | 300.00 |
| 104. | | 404. Trustee Distrib to 1st Mortg. | 1,374.41 |
| 105. | | 405. | |
| **Adjustments for items paid by Seller in advance** | | **Adjustments for items paid by Seller in advance** | |
| 106. City/Town Taxes   to | | 406. City/Town Taxes   to | |
| 107. County Taxes   to | | 407. County Taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | | **420. Gross Amount Due to Seller** | 508,674.41 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to Seller (Line 1400) | 60,401.87 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to Chase/ NW Trustee | 444,960.57 |
| 205. | | 505. Payoff Second Mortgage to HomeStreet Bank | 3,000.00 |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by Seller** | | **Adjustments for items unpaid by Seller** | |
| 210. City/Town Taxes   to | | 510. City/Town Taxes   to | |
| 211. County Taxes   to | | 511. County Taxes   07/01/10 to 07/30/10 | 311.97 |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | | **520. Total Reduction Amount Due Seller** | 508,674.41 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at settlement to/from Seller** | |
| 301. Gross amount due from Borrower (line 120) | | 601. Gross amount due to Seller (line 420) | 508,674.41 |
| 302. Less amount paid by/for Borrower (line 220) | ( ) | 602. Less reductions due Seller (line 520) | ( 508,674.41) |
| **303. Cash** ☐ From ☐ To Borrower | | **603. Cash** ☐ To ☐ From Seller | 0.00 |

By signing page 2 of this statement the signatories acknowledge receipt of a completed copy of page 1 of this two page statement.

I certify this to be a true and correct copy of the original.

*Wanda Reif Nuxoll, P.S.*

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

HUD-1
(10427.PFD/10427/88)

## L. Settlement Charges

| | | Paid From Borrower'S Funds at Settlement | Paid From Seller'S Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** $ 25,350.00 | | | |
| *Division of commission (line 700) as follows:* | | | |
| 701. $ 10,140.00 to Re/Max Metro Realty | | | |
| 702. $ 15,210.00 to Skyline Properties Inc. | | | |
| 703. Commission paid at settlement | | | 25,350.00 |
| 704. | | | |
| 705. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge Includes Origination Point $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee to | (from GFE #3) | | |
| 805. Credit Report to | (from GFE #3) | | |
| 806. Tax service to | (from GFE #3) | | |
| 807. Flood certification to | (from GFE #3) | | |
| 808. | (from GFE #3) | | |
| 809. | (from GFE #3) | | |
| 810. | (from GFE #3) | | |
| 811. | (from GFE #3) | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Daily interest charges from to @ $ /day | (from GFE #10) | | |
| 902. MIP Tot Ins. for Life of Loan months to | (from GFE #3) | | |
| 903. Homeowner's insurance for years to | (from GFE #11) | | |
| 904. | (from GFE #11) | | |
| 905. | (from GFE #11) | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance months @ $ per month $ | | | |
| 1003. Mortgage insurance months @ $ per month $ | | | |
| 1004. Property taxes $ | | | |
| 1005. | | | |
| 1006. months @ $ per month $ | | | |
| 1007. months @ $ per month $ | | | |
| 1008. $ | | | |
| 1009. $ | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | | 107.92 |
| 1102. Settlement or closing fee to Law Office of Wanda Reif Nuxoll, PS $ | | | 1,109.50 |
| 1103. Owner's title insurance to Ticor Title Company | (from GFE #5) | | 1,136.00 |
| 1104. Lender's title insurance to Ticor Title Company $ | | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $ | | | |
| 1107. Agent's portion of the total title insurance premium $ | | | |
| 1108. Underwriter's portion of the total title insurance premium $ | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges to | | | |
| 1202. Deed $ 65.00 Mortgage $ Releases $ Other $ | | | 65.00 |
| 1203. Transfer taxes | | | |
| 1204. City/County tax/stamps $ | | | |
| 1205. State tax/stamps $ $ | | | |
| 1206. Local Excise Tax to King County Treasurer | | | 2,535.00 |
| 1207. State Excise Tax to King County Treasurer | | | 6,494.60 |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Final Utility Bills to City of Bellevue | | | 853.85 |
| 1303. | | | |
| 1304. Court Approved Bankruptcy Fee to Edmund J. Wood, Bankruptcy Trustee | | | 22,750.00 |
| 1305. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | 60,401.87 |

* Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)

The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein

Seller   Edmund J. Wood, Trustee of Bankr. Est. of Dugald and Hilary Allen

BY: _____
Rory Livesey, Attorney for Edmund J. Wood Trustee

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

_____
Law Office of Wanda Reif Nuxoll, PS, Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

# HUD-1 Attachment

**Seller(s):** Edmund J. Wood, Bankr. Trustee for Dugald & Hilary Allen
303 N 67th Street
Seattle, WA 98103

**Settlement Agent:** Law Office of Wanda Reif Nuxoll, PS
(206)749-2850
**Place of Settlement:** 22525 SE 64th Place, Suite 245
Issaquah, WA 98027
**Settlement Date:** July 29, 2010
**Property Location:** 10028 NE 23rd St
Bellevue, WA 98004
King County, Washington

## Loan Payoff Details

**Payoff First Mortgage** to Chase/ NW Trustee

| | | | |
|---|---|---|---|
| Loan Payoff | 445,026.26 | As of 08/06/10 | |
| Total Additional Interest | -65.69 | -1 days @ | 65.690000 Per Diem |
| **Total Loan Payoff** | **444,960.57** | | |

**Payoff Second Mortgage** to HomeStreet Bank

| | | | |
|---|---|---|---|
| Loan Payoff | 3,000.00 | As of 07/29/10 | |
| Total Additional Interest | | days @ | Per Diem |
| **Total Loan Payoff** | **3,000.00** | | |

## Title Services and Lender's Title Insurance Details

Sales Tax on Owner's Title Policy    107.92
    to   Ticor Title Company

$ **107.92**

## Settlement or Closing Fee Details

Settlement Fee    862.50
    to   Law Office of Wanda Reif Nuxoll, PS
Courier Fee    47.00
    to   Law Office of Wanda Reif Nuxoll, PS
Reconveyance Tracking    200.00
    to   Trustee Services Inc

Total $ **1,109.50**

## Owner's Title Insurance

Owner's Policy Premium    1,136.00
    to   Ticor Title Company

Total $ **1,136.00**

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(10427.PFD/10427/87)